# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:18-CV-2257-T-13-TGW

Plaintiff:
**Christina Drake,**

vs.

Defendant:
**Randy Avent, etc., et al.,**

For:
Eric Lindstrom
Egan, Lev, Lindstrom & Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802

Received by ATTORNEY'S LEGAL SERVICES, INC on the 18th day of September, 2018 at 3:46 pm to be served on **TERRY PARKER INDIVIDUALLY AND AS PROVOST AND EXECUTIVE VICE PRESIDENT OF FLORIDA POLYTECHNIC UNIVERSITY, 4700 Research Way, Lakeland, FL 33802**.

I, David E Watwood, do hereby affirm that on the **25th day of September, 2018** at **10:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND VERIFIED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TERRY PARKER INDIVIDUALLY AND AS PROVOST AND EXECUTIVE VICE PRESIDENT OF FLORIDA POLYTECHNIC UNIVERSITY** at the address of: **4700 Research Way, Lakeland, FL 33802**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_(signature)_
**David E Watwood**
Process Server CA-253

**ATTORNEY'S LEGAL SERVICES, INC**
617 E. Washington St. #2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2018006444

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

