**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTINA DRAKE,**

    **Plaintiff,**

vs.                                                                  Case No.: 8:18-CV-02257-T-17TGW

**RANDY AVENT, individually and as**
**President of Florida Polytechnic**
**University; and Terry Parker, individually**
**and as Provost and Executive Vice**
**President of Florida Polytechnic**
**University,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

Thomas M. Gonzalez of the Law Firm of Thompson, Sizemore, Gonzalez & Hearing, P.A., hereby files this Notice of Appearance as counsel on behalf of Defendant, Terry Parker in the above-styled cause. All future correspondence, pleadings, and other materials should be served upon the undersigned as counsel on behalf of Defendant, Terry Parker.

    Respectfully submitted,

    s/ Thomas M. Gonzalez
    Thomas M. Gonzalez
    Florida Bar No. 192341
    Thompson, Sizemore, Gonzalez
      & Hearing, P.A.
    Street: 201 North Franklin Street, Suite 1600
    Tampa, Florida 33602
    Mail: Post Office Box 639
    Tampa, Florida 33601
    Telephone: 813-273-0050
    Facsimile: 813-273-0072
    Email: tgonzalez@tsghlaw.com
    Attorney for Defendant, Terry Parker

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 12th day of October, 2018, by CM/ECF electronic filing to the Clerk of Court and to the following:

Eric Lindstrom
Heidi Parker
Egan, Lev, Lindstrom &
Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802
elindstrom@eganlev.com
hparker@eganlev.com

s/ Thomas M. Gonzalez
Attorney