**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHRISTINA DRAKE,

    Plaintiff,

v.                                                    Case No. 8:18-CV-02257-T-17TGW

RANDY AVENT, individually and as
President of Florida Polytechnic University;
and TERRY PARKER, individually and as
Provost and Executive Vice President of
Florida Polytechnic University,

    Defendants.
_____/

**PLAINTIFF'S RESPONSE TO OCTOBER 31 ORDER TO SHOW CAUSE**

On October 31, 2018, the Court directed Plaintiff Christina Drake to show cause why her claim against Defendant Randy Avent should not be dismissed for lack of prosecution.

Defendants refused to waive service and Defendant Avent was only recently served the summons and complaint on or about Monday, October 29, 2018. Plaintiff's counsel is still waiting to receive an affidavit from the process server but will promptly file the same as soon as her counsel receives it.

On October 3, 2018, Plaintiff filed an affidavit showing service executed on Defendant Terry Parker, but Plaintiff's counsel mistakenly labeled the filing on the docket as showing service executed on Defendant Randy Avent.

Plaintiff has now corrected the October 3, 2018, docket entry, and apologies to the Court and Defendants for the confusion.

Dated: October 31, 2018                                      **/s/ Eric Lindstrom**_____
                                                                           Eric Lindstrom, Esquire

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 31st day of October, 2018, by CM/ECF electronic filing to the Clerk of the Court and to the following:

Thomas Gonzalez
Thompson, Sizemore, Gonzalez & Hearing, P.A.
P.O. Box 639
Tampa, Florida 33602
tgonzalez@tsghlaw.com

                                                  **/s/ Eric Lindstrom**
                                                  Eric Lindstrom, Esquire
                                                  FL Bar No. 104778
                                                  EGAN, LEV & SIWICA, P.A.
                                                  1617 NW 16th Avenue
                                                  Gainesville, FL 32627
                                                  Telephone: (352) 672-6901
                                                  Facsimile:  (407) 422-3658
                                                  Primary: elindstrom@eganlev.com
                                                  Secondary:  crojas@eganlev.com