**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTINA DRAKE,**

      **Plaintiff,**

vs.                                         **Case No.: 8:18-CV-02257-T-17TGW**

**RANDY AVENT, individually and as**
**President of Florida Polytechnic**
**University; and Terry Parker, individually**
**and as Provost and Executive Vice**
**President of Florida Polytechnic**
**University,**

      **Defendants.**
_____/

## NOTICE OF MEDIATOR SELECTION AND SCHEDULING MEDIATION

The Defendants, Randy Avent and Terry Parker, pursuant to the Court's order dated December 4, 2018, Doc. 19, hereby files its notice of mediator selection and scheduling mediation. The parties selected and agreed to Mark A. Hanley in Doc. 17 Case Management Report. The Mediation Conference has been scheduled for May 7, 2019 at 1:30 p.m. at the offices of Mark A. Hanley, 100 North Tampa Street, Suite 2200, Tampa, Florida 33602.

                                                        Respectfully submitted,

                                                        /s/ Thomas M. Gonzalez
                                                        Thomas M. Gonzalez
                                                        Florida Bar No.: 192341
                                                        Thompson, Sizemore, Gonzalez, & Hearing, P.A.
                                                        201 North Franklin Street, Suite 1600
                                                        Tampa, Florida 33602
                                                        Telephone: (813) 273-0050

        Facsimile: (813) 273-0072
        tgonzalez@tsghlaw.com
        Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Eric Lindstrom
Heidi Parker
Egan, Lev, Lindstrom &
Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802
elindstrom@eganlev.com
hparker@eganlev.com

        /s/ Thomas M. Gonzalez
        Attorney