UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTINA DRAKE,**

    **Plaintiff,**

vs.                                             Case No.: 8:18-cv-2257-EAK-TGW

**RANDY AVENT, individually and as President of Florida Polytechnic University, and TERRY PARKER, Individually and as Provost and Executive Vice President of Florida Polytechnic University,**

    **Defendants.**

_____/

## DEFENDANTS' NOTICE OF POTENTIAL CONFLICT

The Defendants, Randy Avent and Terry Parker, individually and in their official capacities as President and Provost and Executive Vice President of Florida Polytechnic University, ("Defendants"), hereby file their Notice of Potential Conflict and represent the following to the Court:

1. The trial of this case has been scheduled on the Court's November trial term that begins November 4, 2019.

2. The Defendants will be ready for trial at that time. The Defendants' counsel has one potential conflict that may arise.

3. Specifically, the undersigned is lead counsel for the case, *Tamara Zwick v. University of South Florida Board of Trustees*, Case No. 8:18-cv-1575-T-23AAS, which is scheduled for the November trial term, pending in the United States District Court Middle District of Florida, Tampa Division before the Honorable Judge Steven D. Merryday.

Accordingly, the Defendants respectfully request that this Court consider this potential conflict when it determines to call this case for trial.

Respectfully submitted,

/s/Thomas M. Gonzalez
Thomas M. Gonzalez
Florida Bar No. 192341
GrayRobinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
thomas.gonzalez@gray-robinson.com
Attorney for the Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 23rd day of September, 2019, by CM/ECF electronic filing to the Clerk of Court and to the following:

Eric Lindstrom
Egan, Lev, Lindstrom & Siwica, P.A.
Post Office Box 2231
Orlando, Florida 32802
elindstrom@eganlev.com

/s/ Thomas M. Gonzalez
Attorney