UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA DRAKE,

    Plaintiff,

v.                                                       Case No.: 8:18-cv-2257-EAK-TGW

RANDY AVENT and TERRY PARKER,

    Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court upon Defendants Randy Avent's and Terry Parker's Notice of Potential Conflict. (Doc. 34). By the notice, Defendants represent that their lead counsel, attorney Thomas M. Gonzalez of GrayRobinson, PA, is also lead counsel for the defendant in another action pending in this Division, <u>Zwick v. Univ. of S. Fla. Bd. of Tr.</u>, Case No. 8:18-cv-1575-SDM-AAS, (M.D. Fla.) (Merryday, J.). (Doc. 34). Defendants further represent that both the instant action and <u>Zwick</u> are currently set for the trial term commencing Monday, November 4, 2019. <u>Id.</u> On that basis, to prevent potential scheduling conflicts and to permit attorney Gonzalez sufficient time to prepare for the trial of each action, the undersigned finds it most prudent to remove this action from her November trial calendar and reschedule the pretrial conference.

    Accordingly, it is

    **ORDERED** that the trial of this action is reset for the trial term commencing February 3, 2020. It is **FURTHER ORDERED** that the pretrial conference is

rescheduled for Friday, January 10, 2020, at 2:30 p.m. in Courtroom 12A before United Magistrate Judge Thomas G. Wilson.

**ORDERED** in Chambers, in Tampa, Florida this 26th day of September, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel/Parties of Record